Michael Shklovsky, Esq. (Bar No. 255893)
Rose M. Zoia, Esq. (Bar No. 134759)
Christopher M. Mazzia, Esq. (Bar No. 95513)
ANDERSON ZEIGLER
A Professional Corporation
50 Old Courthouse Square, 5th Floor
Santa Rosa, CA 95404
Telephone: 707/545-4910
Facsimile: 707/544-0260
mshklovsky@andersonzeigler.com
rzoia@andersonzeigler.com
cmazzia@andersonzeigler.com

NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
ILSE C. SCOTT (SBN 233433)
iscott@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    415.398.3600
Facsimile:    415.398.2438

Attorneys for Plaintiff DAVID PRATT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRATT, an individual, directly and derivatively on behalf of 3G GREEN GARDEN GROUP, LLC D.B.A. EMERALD HARVEST, a California Limited Liability Company,<br><br>                Plaintiffs,<br><br>        v.<br><br>ROBERT C. HIGGINS, an individual; SHARON E. HIGGINS, an individual, 3G GREEN GARDEN GROUP, INC., a Canadian Corporation and EMERALD HARVEST, INC., a Canadian Corporation,<br><br>                Defendants.<br><br>        -and-<br><br>3G GREEN GARDEN GROUP, LLC D.B.A. EMERALD HARVEST, a California Limited Liability Company,<br><br>                Nominal Defendant. | Case No: 4:22-cv-04228-HSG<br><br>**STIPULATED REQUEST TO ADVANCE THE HEARING DATE ON THE MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date Action Filed:  June 15, 2022 |

1    Pursuant to Civil Local Rule 6-2, Plaintiff David Pratt and Defendants Robert C. Higgins,
2    Sharon E. Higgins, 3G Green Garden Group, Inc., Emerald Harvest, Inc., and Nominal
3    Defendant 3G Green Garden Group, LLC (together, "Defendants"), by and through their
4    respective counsel of record, hereby submit this stipulated request:

5    **WHEREAS**, Plaintiff filed the First Amended Complaint on August 24, 2022 (Dkt. 16);

6    **WHEREAS**, Defendants filed a Motion to Dismiss that is set for hearing on February 2,
7    2023 at 2:00 p.m. (Dkt. 22);

8    **WHEREAS**, the Court has continued the Initial Case Management Conference previously
9    set for October 25, 2022 to February 2, 2023 at 2:00 p.m., to be held along with the hearing on the
10   Motion to Dismiss (Dkt. 28);

11   **WHEREAS,** the Court's scheduling notes indicate availability on January 19, 2023;

12   **WHEREAS,** the parties conferred and agreed that it is in their mutual interests and
13   convenience to accelerate the aforementioned hearing and case management conference to January
14   19, 2023;

15   **WHEREAS,** the parties previously stipulated to extend the time for Defendants to respond to
16   the initial complaint (Dkt. 9), and the Court previously granted the parties' stipulation for a longer
17   briefing schedule for the Motion to Dismiss (Dkt. 19), and no other time modifications have been
18   requested in this case either by stipulation or by Court Order;

19   **WHEREAS,** the advancement of this hearing date will not alter the date of any other event
20   or deadline already fixed by Court order and will not have any effect on the schedule for the case;

21   **NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST** that
22   that the hearing date on the Motion to Dismiss and the Initial Case Management Conference be
23   advanced from February 2, 2023, to January 19, 2023, at 2:00 p.m.

24   **IT IS SO STIPULATED AND REQUESTED.**

25   Date:    October 20, 2022              NOSSAMAN LLP
                                            DAVID C. LEE
26                                          ILSE C. SCOTT

27                                          By:  /s/ *Ilse C. Scott*
                                                 Ilse C. Scott
28

- 1 -                                       Case No. 4:22-cv-04228-HSG
STIPULATION TO ADVANCE HEARING DATE ON MOTION TO DISMISS AND CMC; ORDER
60596741.v3

|   |   |
|---|---|
|   | Attorneys for Plaintiff DAVID PRATT |
| Date:   October 20, 2022 | By: */s/ Matthew Borden* |
|   | Matthew Borden, Esq.<br>BRAUNHAGEY & BORDEN LLP<br>351 California Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 599-0210<br>Fax: (415) 599-0210<br>Email: borden@braunhagey.com |
|   | *Counsel for Defendants Robert C. Higgins, Sharon E. Higgins, 3G Green Garden Group, Inc., Emerald Harvest, Inc., and Nominal Defendant 3G Green Garden Group, LLC* |

### **ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(h)(3), the undersigned ECF user whose identification and credentials are being used to file this document hereby attests that all signatories have concurred and agreed to the filing of this document.

By:   */s/ Ilse C. Scott*
      Ilse C. Scott

### **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  10/24/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge