UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRATT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT C. HIGGINS, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-04228-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on September 12, 2023. Having considered the parties' proposals, *see* Dkt. No. 51, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 20, 2023 |
| Close of Fact Discovery | March 11, 2024 |
| Exchange of Opening Expert Reports | March 18, 2024 |
| Exchange of Rebuttal Expert Reports | April 18, 2024 |
| Close of Expert Discovery | May 6, 2024 |
| Dispositive and Daubert Motion Hearing Deadline | June 27, 2024, at 2:00 p.m. |
| Pretrial Conference | September 17, 2024, at 3:00 p.m. |
| Jury Trial (10 days) | September 30, 2024, at 8:30 a.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This terminates Dkt. No. 51.

**IT IS SO ORDERED.**

Dated: 9/21/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge