UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID PRATT,

              Plaintiff,

     v.

ROBERT C. HIGGINS, et al.,

            Defendants.

Case No.  22-cv-04228-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on February 15, 2024.  Having considered the parties' proposals, *see* Dkt. No. 79, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | July 8, 2024 |
| Exchange of Opening Expert Reports | July 15, 2024 |
| Exchange of Rebuttal Expert Reports | August 5, 2024 |
| Close of Expert Discovery | August 16, 2024 |
| Dispositive Motion Hearing Deadline | August 22, 2024, at 2:00 p.m. |
| Pretrial Conference | November 26, 2024 at 3:00 p.m. |
| Jury Trial (6 days) | December 9, 2024 at 8:30 a.m. |

//

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  This order terminates Dkt. No. 79.

**IT IS SO ORDERED.**

Dated:   2/28/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California