AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

David Pratt

         Plaintiff (s),

V.

Robert C. Higgins, et al.

         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:22-cv-04228-HSG

Notice is hereby given that, subject to approval by the court, __Robert C. Higgins, et al.__ substitutes
                                                                                                                  (Party (s) Name)

__John T. Cu__ , State Bar No. __207402__ as counsel of record in
(Name of New Attorney)

place of __Matthew B. Borden, Andrew D. Huynh, Marissa R. Benavides, BraunHagey & Borden LLP__ .
                                                                      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:      Hanson Bridgett LLP

    Address:         425 Market Street, 26th Floor

    Telephone:     (415) 995-5130        Facsimile

    E-Mail (Optional):   jcu@hansonbridgett.com

I consent to the above substitution.

Date:     3/4/2024

                                                               (Signature of Party (s))

I consent to being substituted.

Date:     3/4/2024

                                                             (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     3/4/2024

                                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     3/6/2024                                                    Haywood S. Gill Jr.
                                                                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]